**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EYVETTE TALLEY, | Case No. 2:23-CV-02140-CDS-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| DRESSON, *et al.*, | |
| Defendants. | |

On November 4, 2024, the Court deferred a decision on Plaintiff's application to proceed *in forma* pauperis ("IFP") and provided her through and including December 5, 2024 to file an amended complaint. ECF No. 9 at 12. On November 15, 2024, Plaintiff filed a Motion for Extension of Time seeking additional time to file her Amended Complaint. ECF No. 11. Plaintiff refiled an exact duplicate of her Motion for Extension on November 25, 2024. ECF No. 12. Plaintiff explains additional time is needed because she did not receive the Court's November 4, 2024 Screening Order until November 14, 2024, and she has limited access to the law library due to the holidays. Plaintiff is currently detained at the Wyoming Women's Center, a correctional institution in Lusk, Wyoming. The Court finds Plaintiff establishes a good reason for the requested extension.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motions for Extension of Time to file her Amended Complaint (ECF Nos. 11, 12) are **GRANTED**.

IT IS FURTHER ORDERED that Plaintiff must file her Amended Complaint no later than **January 17, 2025**.

IT IS FURTHER ORDERED that Plaintiff's failure to timely file her Amended Complaint on or about **January 17, 2025** will result in the action proceeding on the Eighth Amendment claim against Defendant Gates only.

Dated this 11th day of December, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE