# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Eyvette Talley,

        Plaintiff

v.

Dresson, et al.,

        Defendants

Case No. 2:23-cv-02140-CDS-EJY

**Order Granting Defendant Gordon Gates's Motion to Extend Time**

[ECF No. 27]

Defendant Gordon Gates moves for summary judgment on exhaustion of remedies. ECF No. 23. Plaintiff Eyvette Talley filed her response on August 4, 2025, thereby making Gates's reply due by August 18, 2025. On the day of the deadline, Gates moved for a brief extension time to file a reply in support of his motion. ECF No. 27. Gates cites delays in receiving declarations from the Florence McClure Women's Correctional Center, which in turn delayed his ability to finalize his reply. *Id.* at 2. Because I find that this request is made in good faith, Gates's motion to extend time **[ECF No. 27] is GRANTED**, nunc pro tunc to August 18, 2025. Gates's reply is now due on August 22, 2025.

Dated: August 20, 2025

_____
Cristina D. Silva
United States District Judge